**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.:  10-cv-01111-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:  July 7, 2010 | Courtroom Deputy:  Linda Kahoe |

| | |
|---|---|
| AMERANTH, INC., | Martha Louise Fitzgerald |
| | Peter Hwichan Noh |
| Plaintiff, | |
| v. | |
| MENUSOFT SYSTEMS CORPORATION, | Marc Louis Delflache *(via phone)* |
| CASH REGISTER SALES & SERVICE OF | Tom Cecil *(via phone)* |
| HOUSTON, INC., | |
| Defendants, | |
| MUNCHAWAY, LLC, | Mark Wilson Williams |
| | John Patrick Box, Jr. |
| Interested Party. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:        10:45 a.m.**
Court calls case. Appearances of counsel. *Mr. Delflache and Mr. Cecil appear via phone. Also present is Mr. Muller, CFO for MunchAway.*

Discussion and arguments regarding Motion to Quash Subpoena Served Upon Non-Party MunchAway, LLC, doc #[1], filed 5/13/2010.

For the reasons as stated on the record, it is:

**ORDERED**:   The Motion to Quash Subpoena Served Upon Non-Party MunchAway, LLC, doc #[1] is **GRANTED**. The court makes this ruling from the bench. The deadline for filing objections to the court's ruling starts with today's date.

Mr. Williams requests that the court impose sanctions.

**ORDERED:** MunchAway may file a Bill of Costs **WITHIN 10 DAYS** from today's date.  The Bill of Costs may include the reasonable fees and expenses incurred with filing the Motion to Quash, filing the Reply brief, and Mr. Williams' presence at the oral argument hearing today.  Ameranth, Inc. may file a response to the Bill of Costs.

HEARING CONCLUDED.

**Court in recess**: 12:34 p.m.
Total time in court: 01:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.