IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-01111-CMA-CBS
(Civil Action No. 2:07-CV-271-TJW-CE - Pending in the Eastern District of Texas)

AMERANTH, INC.,

    Plaintiff,

v.

MENUSOFT SYSTEMS CORPORATION
CASH REGISTER SALES & SERVICE OF HOUSTON, INC. (dba CRS TEXAS),

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Upon review of Ameranth, Inc.'s Response to Munchaway, LLC's Motion for Attorneys' Fees (filed on August 4, 2010), it appears that payment has been made and Muchaway's LLC's Motion for Attorney's Fees (*doc. # 18)* is resolved. Accordingly,

    IT IS ORDERED that Muchaway's LLC's Motion for Attorney's Fees (*doc. # 18)* is MOOT. Pursuant to D.C. COLO.LCivR 72.1 B. 7. and the court's ruling on the Motion to Quash, this civil action is closed.

**DATED:**    August 6, 2010